**ROYAL BANK OF PENNSYLVANIA, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

May 25, 1999.

### ORDER

PER CURIAM:

AND NOW, this 25th day of May, 1999, the order of the Commonwealth Court affirming the order of the Board of Finance and Revenue is affirmed.

Justice NEWMAN did not participate in the consideration or decision of this case.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Maurice PRICE, Petitioner.**

Supreme Court of Pennsylvania.

May 28, 1999.

### AMENDED ORDER

PER CURIAM.

AND NOW, this 28 th day of May 1999, the petition for allowance of appeal is granted. The order of the Superior Court is reversed and the judgment of sentence is vacated because the common pleas court erred in failing to grant the motion to suppress filed on behalf of Maurice Price. *See Commonwealth v. Matos,* 543 Pa. 449, 672 A.2d 769 (1996).

Justice CASTILLE dissents.